UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LORENZO PERKINS JR ET AL** | **CASE NO. 3:21-CV-01701** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **SHEFFIELD RENTALS INC ET AL** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

There are two matters pending before the Court. The Court will first address the Report and Recommendation of the Magistrate Judge [Doc. No. 39]. Plaintiffs have filed objections [Doc. No. 41] to the Report and Recommendation. After consideration of the Report and Recommendation, and after a *de novo* review of the record, the Court finds that the Magistrate Judge's Report and Recommendation is correct, and accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiff's Motion to Remand [Doc. No. 32] is **DENIED.**

Plaintiffs have also filed an Appeal of the Magistrate Judge's Order [Doc. No. 41], which denied in part and granted in part Plaintiff's Motion for Leave to Amend [Doc. No. 31]. The Magistrate Judge granted the motion to amend as to Pierce, Williams, and Smith and denied the motion to amend as to Hicks and Ragestar.

A magistrate judge's non-dispositive pretrial order is reviewable under the clearly erroneous and contrary to law standard. 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a). Following a review of the record, the Court finds that the Magistrate Judge's Order is neither clearly erroneous nor contrary to the law.[1]  Accordingly,

---

[1] Even if the Court were to apply the *de novo* review standard, the Court would reach the same decision.

**IT IS ORDERED** that the Plaintiffs' appeal is [Doc. No. 41] **DENIED**, and Magistrate Judge McClusky's Order [Doc. No. 39] is hereby **AFFIRMED**.

**MONROE, LOUISIANA** this 26th day of August 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT COURT**